UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUANI NIEZELSKI                               JURY TRIAL DEMANDED

v.                                            CASE NO.  3:15 cv

TSG COLLECTIONS, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times.

4. Plaintiff is a consumer within the FDCPA, in that the account involved in defendant's collection efforts arose out of personal medical procedures.

5. Defendant regularly attempts to collect on defaulted personal medical accounts and other consumer accounts such as plaintiff's.

6. Defendant was not licensed as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes in and after November 2014, when communicating in connection with efforts to collect plaintiff's personal account.

7. Unlicensed collection activity violates the FDCPA. <u>Goins v. JBC & Associates, P.C</u>., 352 F. Supp. 2d 262 (D. Conn. 2005).

8. Defendant sent a collection letter addressed to plaintiff in Connecticut dated November 13, 2014, demanding an amount that included a $500 outside management fee that was not expressly authorized by the agreement creating the debt or permitted by law.

9.      Defendant sent a collection letter addressed to plaintiff in Connecticut dated December 15, 2014, demanding a bounced check fee of $50 that was not expressly authorized by the agreement creating the debt or permitted by law.

10.      Defendant sent a collection letter addressed to plaintiff in Connecticut dated December 18, 2014, claiming that the debt "could have a negative effect on your credit For SEVEN (7) YEARS!" On the face of the collection letter, this was false, since the date of service was 10/12/2012, so the debt could not be remain on her report for the next seven years.

11.      In the collection efforts, the defendant violated the FDCPA, § 1692e, –f, or -g

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net